**Kenneth H. NEWKIRK,
Plaintiff–Appellant,**

v.

**Louis LERNER, Judge, Circuit Court;
Anton Bell, District Attorney; George
Rogers, Attorney, Stand By; Linda
Smith, Clerk of Circuit Court;
Charles Haden, Appeal Lawyer; Rodney, Detective, Hampton Police Department; Ashley Kelly, Daily Press
Writer; Monae Debra Waters–Owens;
Thomas Sherrad Kearney, Defendants–Appellees.**

No. 13–6873.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 4, 2013.

Kenneth H. Newkirk, Appellant Pro Se.

Before DUNCAN, AGEE, and
KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kenneth H. Newkirk seeks to appeal the
magistrate judge's order directing him to
particularize his 42 U.S.C. § 1983 (2006)
complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C.
§ 1291 (2006), and certain interlocutory
and collateral orders, 28 U.S.C. § 1292
(2006); Fed.R.Civ.P. 54(b); *Cohen v. Bene-*
*ficial Indus. Loan Corp.,* 337 U.S. 541,
545–46, 69 S.Ct. 1221, 93 L.Ed. 1528
(1949). The order Newkirk seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of
jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument
would not aid the decisional process.

*DISMISSED.*